United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Tiffany Michelle Blackwell  
    Debtor

Case No. 11-12811-are  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0860-4    User: admin    Page 1 of 1    Date Rcvd: Aug 08, 2011  
                Form ID: nreqfin    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2011.  
db        +Tiffany Michelle Blackwell,    3005 W. 11th Street,    Little Rock, AR 72204-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2011**            **Signature:** _Joseph Speetjens_

Form nreqfin

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Case No.: 4:11−bk−12811
Chapter: 7
Judge: Audrey R. Evans

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tiffany Michelle Blackwell
   fka Tiffany Michelle White
   3005 W. 11th Street
   Little Rock, AR 72204

Social Security No.:
   xxx−xx−9561

Employer's Tax I.D. No.:

## NOTICE OF REQUIREMENT TO FILE A STATEMENT
## OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. §§ 727). Pursuant to Bankruptcy Rule 1007(b)(7), the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. §§ 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set from the meeting of creditors under §§ 341. This may be the only notice the debtor(s) and/or the debtor(s)' attorney receives regarding completion of an instructional course in personal financial management. Failure to file the certification will result in the case being closed without an entry of discharge.

                                                    Jean Rolfs
                                                  Clerk, U.S. Bankruptcy Court

                                                  BY: admin
                                                  Deputy Clerk

Dated: 8/6/11